UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 21-cr-00036-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHUKWUMA N OKOYE JR (01) | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the court is Defendant's Motion to Enjoin Government's Restitution Collection Activity. Doc. 91. Defendant asks that all restitution collection activity, including garnishments, be stayed until he is released from prison.

Defendant's motion is denied. The "payment plan" that Defendant cites in support of his motion only applies to any part of the restitution that remains unpaid upon Defendant's release from custody. This same argument was rejected by United States v. Ekong, 518 F.3d 285 (5th Cir. 2007). The Government need not await the end of a lengthy jail sentence to begin collection activities.

Defendant's arguments regarding the improper garnishment of his wife's income are also without merit. Under Louisiana law, Defendant has an undivided interest in his spouse's wages, and this interest is "property" under 28 U.S.C. § 3205(a) that can be garnished and applied to Defendant's restitution obligation. It is well settled that community assets can be seized to satisfy a separate or community obligation incurred by either spouse. La. Civ. Code art. 2345. This includes Defendant's restitution obligation.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 25th day of August, 2022.

_____
Mark L. Hornsby
U.S. Magistrate Judge