UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-0036-1 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHUKWUMA N. OKOYE, JR. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is another letter motion entitled "Request For Modification Of Payment Of Restitution" filed pro se by Defendant Chukwuma Okoye ("Okoye"). See Record Document 120. This Court previously denied Okoye's letter motion request to cease the collection of twenty-five percent of his wife's wages. See Record Document 119.

As noted in this Court's prior ruling, the Attorney General is required by the Mandatory Victim Restitution Act to enforce victim restitution orders "aggressively." United States v. Phillips, 303 F.3d 548, 551 (5th Cir. 2002). As it pertains to the scope of restitution, the language in this Court's judgment sets a minimum requirement that Okoye must meet in order to satisfy his obligation to the United States. In particular, it states that "Defendant shall make payments at the rate of not less than 10% of his gross monthly income. . . ." Record Document 67-4 at 4.

For the foregoing reasons, and those provided in this Court's previous order, **IT IS ORDERED** that Okoye's request for modification of restitution is hereby **DENIED**.[1]

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 28th day of February, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Okoye may reach out to the United States Attorney's Office to discuss payment alternatives, if any exist.